UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-104-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | GRANTING TO MOTION FILE |
| | ) | UNDER SEAL |
| DARRELL TRAVIS | ) | |
| Defendant | ) | |

This cause coming to be heard before the undersigned, after considering the Defendant's Motion for Leave to File Under Seal, and for good cause shown, that motion is hereby ALLOWED.

SO ORDERED.

This the 17th day of February, 2016.

_____
HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE